```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

KEVIN WARD,                    )
                               )
        Plaintiff,             )
                               )
        v.                     )    NO.  3:16-cv-2825
                               )    Judge Crenshaw/Brown
SOVA FOOD INC.,                )    JURY DEMAND
                               )
        Defendant.             )

## O R D E R

The Initial Case Management Conference currently scheduled for January 4, 2017, is hereby **RESET** for **Tuesday, February 7, 2017, at 10:30 a.m.**

The parties are reminded that a Proposed Case Management Order should be submitted three days prior to the conference by email to: brownchambers@tnmd.uscourts.gov.

It is so **ORDERED**.

_____
JOE B. BROWN
United States Magistrate Judge