UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KEVIN WARD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-02825 |
| | ) | JUDGE CRENSHAW |
| SOVA FOOD, INC., d/b/a TAKE AWAY CATERING, | ) | |
| Defendant. | ) | |

## ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE