Motion GRANTED.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **KEVIN WARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 3:16-CV-2825** |
| **v.** ) | |
| ) | **Judge Aleta A. Trauger** |
| **SOVA FOOD, INC. D/B/A** ) | |
| **TAKE AWAY CATERING,** ) | |
| ) | |
| **Defendant.** ) | |

---

**DEFENDANT'S UNOPPOSED MOTION TO
FILE SETTLEMENT AGREEMENT UNDER SEAL**

---

Defendant Sova Food, Inc. d/b/a Take Away Catering ("Defendant") moves the Court to allow the parties' Settlement Agreement and General Release ("Settlement Agreement") to be filed under seal. Defendant has conferred with counsel for Plaintiff regarding this Motion, and Plaintiff does not oppose this Motion. In support thereof, Defendant states as follows:

1.     The parties have reached a confidential settlement, conditioned upon this Court's approval and entry of a final Order approving their agreement. The parties contemporaneously have filed a Joint Motion for Approval of Compromise and Settlement.

2.     Confidentiality is a negotiated and key term of the Settlement Agreement. As part of their settlement, the parties agreed not to disclose the terms of the Settlement Agreement to anyone other than to their counsel, spouse, and tax or financial advisors. In order to effectuate the terms of the Settlement Agreement, Defendant moves to file the Settlement Agreement under seal.

1