IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN WARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:16-cv-02825 |
| | ) Judge Trauger |
| SOVA FOOD, INC., | ) ) |
| Defendant. | ) |

**O R D E R**

The Joint Motion for Approval of Compromise and Settlement (Docket No. 16) is GRANTED. The court finds the settlement between the parties fair and reasonable and it is hereby APPROVED. This case is DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 27th day of February 2017.

_____
ALETA A. TRAUGER
U.S. District Judge