UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Kevin Ward

        Plaintiff,

v.                                     Case No.: 3:16−cv−02825

Sova Food Inc.

        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/27/2017 re [20].

                                                        Keith Throckmorton, Clerk
                                                       s/ Dalaina Thompson, Deputy Clerk